with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

Jermaine A. KEYS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 104136

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

FILED: February 28, 2017

Andrew E. Zleit, St. Louis, MO, for Appellant.

Chris Koster, Dora A. Fichter, Jefferson City, MO, for Respondent.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

ORDER

PER CURIAM

Jermaine Keys ("Movant") appeals from the motion court's judgment denying his Rule 24.035 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished

Daniel R. APRIL, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 103984

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: February 28, 2017

Matthew W. Huckeby, St. Louis, MO, for Appellant.

Joshua D. Hawley, Attorney General, Colette E. Neuner, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

**ORDER**

PER CURIAM.

Daniel April ("Movant") appeals the judgment of the motion court denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Movant claims his plea and sentencing counsel

provided ineffective assistance of counsel. We find that Movant's claims are refuted by the record. Furthermore, we find the motion court's findings of fact and conclusions of law are not clearly erroneous and affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).